**Order entered July 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00609-CV

**STEPHEN AARON BERGENHOLTZ, Appellant**

**V.**

**JOSEPHINE DONNA ESKENAZI, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00117-2014**

## ORDER

Before the Court is appellant's emergency motion to stay the trial court's June 9, 2014

Order on Motion to Reduce to Judgment.  We **DENY** the motion.


/s/     MOLLY FRANCIS
        JUSTICE